

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 5, 2015

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-03-00462-CV
        Trial Court Case Number:     GN201289

Style:  Office of Public Utility Counsel and Steering Committee of Cities of Camp Wood,
        Carrizo Springs, Corpus Christi, Eagle Pass, Edinburg, et al./ Public Utility Commission
        of Texas;  Constellation New Energy, Inc.; and AEP Texas Central Company; et al.
        v. Public Utility Commission of Texas/Office of Public Utility Counsel and Steering
        Committee of Cities Served by Central Power & Light Co.

Dear Honorable Velva L. Price:

        The Third Court of Appeals has issued the mandate in this cause.  Therefore, I am returning
the following original exhibits:

        **SEALED**: Joint Exhibit 1 (23 envelopes in one binder).

                                        Very truly yours,

                                        Jeffrey D. Kyle, Clerk

                                        Filed in The District Court
                                        of Travis County, Texas

                                        MAR 1 2 2015

                                        At_____M.
                                        Velva L. Price, District Clerk